**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **RPOST HOLDINGS, INC.** and | § | Civil Action No. 2:11-cv-263-JRG |
| **RPOST INTERNATIONAL LIMITED,** | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| **REWPOST.COM,** | § | |
| Defendant. | § | |

## ORDER ON VOLUNTARY DISMISSAL OF DEFENDANT REWPOST.COM UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

In consideration of Plaintiffs RPost Holdings, Inc.'s and RPost International Limited's Notice of Voluntary Dismissal of Defendant RewPost.com, the Court hereby dismisses all claims against RewPost.com without prejudice, with each party to bear their own fees and costs.

**So ORDERED and SIGNED this 23rd day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE